[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-15667
Non-Argument Calendar
_____

D.C. Docket No. 5:15-cr-00038-WTH-PRL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDREW JOHN EVANS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(November 30, 2016)

Before ED CARNES, Chief Judge, HULL and WILSON, Circuit Judges.

PER CURIAM:

John E. Fernandez, appointed counsel for Andrew Evans in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of Evans's appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Evans's conviction and sentence are **AFFIRMED**.